IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM MOYER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO. 05-912-GPM |
| | ) |
| AMERICAN FAMILY MUTUAL | ) |
| INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

# ORDER

**MURPHY, Chief District Judge:**

This matter is before the Court on the stipulation of the parties to dismiss this action without prejudice (Doc. 7). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), this action is **DISMISSED without prejudice**. The parties shall bear their own costs.

**IT IS SO ORDERED.**

DATED: 3/9/2006

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge